NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| YISROEL KOLODNY | Hon. Dennis M. Cavanaugh |
| Plaintiffs, | **ORDER** |
| v. | Civil Action No. 11-cv-1797 (DMC - MF) |
| DWAYNE TAYLOR, et al | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court on a Report and Recommendation (10) filed by Magistrate Judge Mark Falk on September 20, 2011, recommending that this Court dismiss plaintiffs complaint *sua sponte* upon Plaintiff's failure to comply with court order and to prosecute the case.

The parties were given notice that pursuant to Local Civil Rule 72.1, they had fourteen days from receipt of the Report and Recommendation to file and serve any objections. No objections were filed.

The Court, having reviewed the Report and Recommendation and, considering that no objections were raised by Plaintiff, according to its power to accept the findings made by the Magistrate Judge under 28 U.S.C. § 636(b)(1)(C) (2009), and good cause appearing, adopts Judge Falk's Report and Recommendation. See also, N.J. Brain & Spine Cntr. v. Conn. Gen. Life Ins., No. 10-cv-4260, 2011 WL 4737063, at *2 (Oct. 6, 2011). Accordingly, this Court will adopt the Report and Recommendation as the Opinion of the Court.

IT IS on this _____ day of October, 2011,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is hereby adopted as the Opinion of the Court;

**ORDERED** Plaintiff's complaint is hereby dismissed *sua sponte* for failure to comply with order of the court and to prosecute the case.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File